B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>**Northern District of Georgia, Gainesville Division** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Mountainview Partners, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**20-3482502** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**4508 Northhampton**<br>**Flowery Branch, GA**<br>ZIP Code **30542** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Hall** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**P.O. Box 319**<br>**Oakwood, GA**<br>ZIP Code **30566** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | **intersection of Mountain View Road and McEver Road, Oakwood, Hall County, GA 30566** |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ■ Debts are primarily business debts. |

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C.(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Mountainview Partners, LLC** |

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr><td><b>Exhibit A</b></td><td><b>Exhibit B</b></td></tr>
<tr><td></td><td>(To be completed if debtor is an individual whose debts are primarily consumer debts.)</td></tr>
<tr><td>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)</td><td>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).</td></tr>
<tr><td>☐ Exhibit A is attached and made a part of this petition.</td><td>X _____<br>   Signature of Attorney for Debtor(s)       (Date)</td></tr>
</table>

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**

(Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

     _____

     (Name of landlord that obtained judgment)

     _____

     (Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s):<br>**Mountainview Partners, LLC** |
|---|---|
| *(This page must be completed and filed in every case)* | |

| **Signatures** ||
|---|---|
| ### Signature(s) of Debtor(s) (Individual/Joint) | ### Signature of a Foreign Representative |

<table>
<tr>
<td>
I declare under penalty of perjury that the information provided in this petition is true and correct.<br>
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).<br>
<br>
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.
</td>
<td>
I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br>
(Check only one box.)<br>
<br>
☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.<br>
<br>
☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.
</td>
</tr>
<tr>
<td>
**X** _____<br>
   Signature of Debtor<br>
<br>
**X** _____<br>
   Signature of Joint Debtor<br>
<br>
_____<br>
Telephone Number (If not represented by attorney)<br>
<br>
_____<br>
Date
</td>
<td>
**X** _____<br>
   Signature of Foreign Representative<br>
<br>
_____<br>
   Printed Name of Foreign Representative<br>
<br>
_____<br>
   Date
</td>
</tr>
</table>

| ### Signature of Attorney* | ### Signature of Non-Attorney Bankruptcy Petition Preparer |
|---|---|

<table>
<tr>
<td>
**X** *Paul V Marr*<br>
Signature of Attorney for Debtor(s)<br>
<br>
  **Paul Reece Marr (GA Bar # 471230)**<br>
Printed Name of Attorney for Debtor(s)<br>
<br>
  **Paul Reece Marr, P.C.**<br>
Firm Name<br>
**Suite 960**<br>
**300 Galleria Parkway**<br>
**Atlanta, GA 30339**<br>
<br>
_____<br>
Address<br>
<br>
            **Email: pmarr@mindspring.com**<br>
  **(770) 984-2255**<br>
Telephone Number<br>
     *5/26/2008*<br>
Date<br>
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.
</td>
<td>
I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br>
<br>
_____<br>
Printed Name and title, if any, of Bankruptcy Petition Preparer<br>
<br>
_____<br>
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)<br>
<br>
_____<br>
Address<br>
<br>
**X** _____<br>
<br>
_____<br>
Date<br>
<br>
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.<br>
<br>
Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:
</td>
</tr>
</table>

| ### Signature of Debtor (Corporation/Partnership) | |
|---|---|

<table>
<tr>
<td>
I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br>
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br>
<br>
**X** _____<br>
Signature of Authorized Individual<br>
  **Matthew J. Meeks**<br>
Printed Name of Authorized Individual<br>
  **Manager**<br>
Title of Authorized Individual<br>
   *5/26/2008*<br>
Date
</td>
<td>
If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br>
<br>
*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*
</td>
</tr>
</table>

## RESOLUTION ADOPTED BY SOLE MEMBER OF
## MOUNTAIN VIEW PARTNERS, LLC

I, Matthew Meeks, the sole Member and Managing Member of Mountainview Partners, LLC ("Company"), do hereby certify as follows:

The filing by the Company of a petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Georgia be, and hereby is, authorized and approved;

That I am authorized to file on behalf of the Company a petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Georgia;

That retention on behalf of the Company of the law firm of Paul Reece Marr, P.C. is approved, for rendition of legal services to, and to represent the Company in connection with its bankruptcy filing and proceedings and other related matters in connection therewith on such terms as I negotiate;

That any acts lawfully done or actions lawfully taken in connection with the bankruptcy proceedings of the Company or any matter related thereto is hereby in all respects ratified, confirmed, and approved.

Witness my hand and seal this 26th day of May, 2008.


Matthew Meeks
Sole Member and Managing Member
Mountainview Partners, LLC

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Georgia, Gainesville Division

In re    **Mountainview Partners, LLC**                                                    Case No.

Debtor(s)                                     Chapter        **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or chapter 9*] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|-----|-----|-----|-----|-----|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Lunsford Grading and Hauling**<br>**3655 Roy Parks Road**<br>**Talmo, GA 30575** | **Lunsford Grading and Hauling**<br>**3655 Roy Parks Road**<br>**Talmo, GA 30575** | **account payable** | | 27,473.90 |
| **Sam Cochran Electric**<br>**PO Box 908120**<br>**Gainesville, GA 30501** | **Sam Cochran Electric**<br>**PO Box 908120**<br>**Gainesville, GA 30501** | **account payable** | | 11,000.00 |
| **Tempered Air**<br>**4147 Cleveland Highway**<br>**Suite 700**<br>**Gainesville, GA 30506** | **Tempered Air**<br>**4147 Cleveland Highway**<br>**Suite 700**<br>**Gainesville, GA 30506** | **account payable** | | 9,015.00 |
| **Martin Fabrications**<br>**4530 Sequoia Circle**<br>**Oakwood, GA 30566** | **Martin Fabrications**<br>**4530 Sequoia Circle**<br>**Oakwood, GA 30566** | **account payable** | | 8,000.00 |
| **Murphy Electronic**<br>**7250 Pea Ridge Road**<br>**Gainesville, GA 30506** | **Murphy Electronic**<br>**7250 Pea Ridge Road**<br>**Gainesville, GA 30506** | **account payable** | | 4,819.42 |
| **Strip-It-Right**<br>**PO Box 607**<br>**Clermont, GA 30527** | **Strip-It-Right**<br>**PO Box 607**<br>**Clermont, GA 30527** | **account payable** | | 4,145.00 |
| **Blackburn Acoustics**<br>**125 E. Forest Way**<br>**Oxford, GA 30054** | **Blackburn Acoustics**<br>**125 E. Forest Way**<br>**Oxford, GA 30054** | **account payable** | | 4,130.82 |
| **Southern Directory**<br>**2459 Hilton Ct.**<br>**Ste A1**<br>**Gainesville, GA 30501** | **Southern Directory**<br>**2459 Hilton Ct.**<br>**Ste A1**<br>**Gainesville, GA 30501** | **account payable** | | 3,727.96 |
| **Geo-Hydro Engineers, Inc.**<br>**1000 Cobb Place Blvd.**<br>**Suite 290**<br>**Kennesaw, GA 30144** | **Geo-Hydro Engineers, Inc.**<br>**1000 Cobb Place Blvd.**<br>**Suite 290**<br>**Kennesaw, GA 30144** | **account payable** | | 3,613.75 |
| **Allsouth Landscape Group**<br>**PO Box 1944**<br>**Lawrenceville, GA 30046** | **Allsouth Landscape Group**<br>**PO Box 1944**<br>**Lawrenceville, GA 30046** | **account payable** | | 2,766.50 |

B4 (Official Form 4) (12/07) - Cont.
In re   **Mountainview Partners, LLC**                                                   Case No. _____
                                                            Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Precision Metal Buildings, Inc.** 28 Lotheridge Road Cleveland, GA 30528 | **Precision Metal Buildings, Inc.** 28 Lotheridge Road Cleveland, GA 30528 | account payable | | 2,360.00 |
| **Geo Survey Ltd.** 1170 Atlanta Industrial Drive Marietta, GA 30066 | **Geo Survey Ltd.** 1170 Atlanta Industrial Drive Marietta, GA 30066 | account payable | | 2,185.00 |
| **Heany Masonry Company, Inc.** 311 Highland Way Maysville, GA 30558 | **Heany Masonry Company, Inc.** 311 Highland Way Maysville, GA 30558 | account payable | | 1,600.00 |
| **CADA Development** 3023 Big Tree Road Gainesville, GA 30501 | **CADA Development** 3023 Big Tree Road Gainesville, GA 30501 | account payable | | 1,200.00 |
| **JRJ Concrete Pumping, Inc.** 2520 Jake Drive Cumming, GA 30040 | **JRJ Concrete Pumping, Inc.** 2520 Jake Drive Cumming, GA 30040 | account payable | | 705.12 |
| **CDL Plumbing** 283 Swanson Drive Suite 105 Lawrenceville, GA 30043 | **CDL Plumbing** 283 Swanson Drive Suite 105 Lawrenceville, GA 30043 | account payable | | 700.00 |
| **White Cap Construction Supply Credit Office** 6779 Crescent Drive Norcross, GA 30071 | **White Cap Construction Supply Credit Office** 6779 Crescent Drive Norcross, GA 30071 | account payable | | 610.00 |
| **Electric-Tek, LLC** PO Box 1726 Cleveland, GA 30528 | **Electric-Tek, LLC** PO Box 1726 Cleveland, GA 30528 | account payable | | 524.75 |
| **Century Security Bank** 5955 State Bridge Road Suite 100 Duluth, GA 30097 | **Century Security Bank** 5955 State Bridge Road Suite 100 Duluth, GA 30097 | shopping center and self storage facility, approximately 3.909 acres, intersection of Mountain View Road and McEver Road, Oakwood, Hall County, GA 305 | | 6,294,009.65 (Unknown secured) |

B4 (Official Form 4) (12/07) - Cont.

In re   **Mountainview Partners, LLC**                                    Case No. _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

(Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **DMJ Associates, LLC**<br>**4052 Sloan Mill Road**<br>**Flowery Branch, GA 30542** | **DMJ Associates, LLC**<br>**4052 Sloan Mill Road**<br>**Flowery Branch, GA 30542** | **shopping center and self storage facility, approximately 3.909 acres, intersection of Mountain View Road and McEver Road, Oakwood, Hall County, GA 305** | | **300,000.00 (Unknown secured) (6,294,009.65 senior lien)** |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Georgia, Gainesville Division

In re   **Mountainview Partners, LLC**              Case No. _____

                                     Debtor(s)         Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

       I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date _____ *5/26/2008*       Signature _____

                                          **Matthew J. Meeks**
                                          **Manager**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Allsouth Landscape Group
PO Box 1944
Lawrenceville, GA 30046

Blackburn Acoustics
125 E. Forest Way
Oxford, GA 30054

CADA Development
3023 Big Tree Road
Gainesville, GA 30501

CDL Plumbing
283 Swanson Drive
Suite 105
Lawrenceville, GA 30043

Century Security Bank
5955 State Bridge Road
Suite 100
Duluth, GA 30097

Christopher Overman
1970 Tee Drive
Braselton, GA 30517

DMJ Associates, LLC
4052 Sloan Mill Road
Flowery Branch, GA 30542

Electric-Tek, LLC
PO Box 1726
Cleveland, GA 30528

Geo Survey Ltd.
1170 Atlanta Industrial Drive
Marietta, GA 30066

Geo-Hydro Engineers, Inc.
1000 Cobb Place Blvd.
Suite 290
Kennesaw, GA 30144

Heany Masonry Company, Inc.
311 Highland Way
Maysville, GA 30558

JNJ Foundation Specialists
2520 Jake Drive
Cumming, GA 30028

JRJ Concrete Pumping, Inc.
2520 Jake Drive
Cumming, GA 30040

Lunsford Grading and Hauling
3655 Roy Parks Road
Talmo, GA 30575

Martin Fabrications
4530 Sequoia Circle
Oakwood, GA 30566

Matthew J. Meeks
4508 Northhampton
Flowery Branch, GA 30542

Mitchell C. Farmer
6805 Misty Cove Lane
Flowery Branch, GA 30542

Murphy Electronic
7250 Pea Ridge Road
Gainesville, GA 30506

Precision Metal Buildings, Inc.
28 Lotheridge Road
Cleveland, GA 30528

Raymond T. McCormack
3750 Timber Walk Drive
Gainesville, GA 30506

Sam Cochran Electric
PO Box 908120
Gainesville, GA 30501

Southern Directory
2459 Hilton Ct.
Ste A1
Gainesville, GA 30501

Strip-It-Right
PO Box 607
Clermont, GA 30527

Tempered Air
4147 Cleveland Highway
Suite 700
Gainesville, GA 30506

White Cap Construction Supply
Credit Office
6779 Crescent Drive
Norcross, GA 30071

```
       U. S. BANKRUPTCY COURT
     NORTHERN DISTRICT OF GEORGIA
        GAINESVILLE DIVISION

          # 00267557 - JC
            May 27, 2008



Code        Case No     Qty       Amount By

11          08-21388      1     $1,039.00 CK
   Judge  - Robert E. Brizendine
   Debtor - MOUNTAINVIEW PARTNER


TOTAL:                      $1,039.00


FROM: Paul Reece Marr
      Paul Reece Marr, P.C.
      300 Galleria Parkway, N.W.
      Suite 960
```